TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00163-CR

Derrick Canada, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT

NO. 0962905, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). The
appeal is dismissed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: May 21, 1998

Do Not Publish